JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO IBARRA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CADENCE PREMIER LOGISTICS, LLC, an Illinois Limited Liability Company, CADENCE PREMIER CARGO, INC., an Illinois Corporation, CADENCE PREMIER CARGO, an unknown entity, CADENCE PREMIER LOGISTICS, an unknown entity, KUZNIATSOU IHAR, an individual, and DOES 1 through 50,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00342-AB-AGR<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　　The Court has been advised that this action has been settled.

　　　The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 21, 2025

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.